UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at LONDON

CRIMINAL ACTION NO. 6:06-cr-039-KKC-HAI

UNITED STATES OF AMERICA                                                     PLAINTIFF

v.                                   **ORDER**

FRANKLIN EUGENE BOND                                           DEFENDANT

\* \* \*   \* \* \*   \* \* \*   \* \* \*

This matter is before the Court on Magistrate Judge Hanly A. Ingram's Report and Recommendation (DE 39) regarding the competency of the Defendant. The Defendant stated that he has no objections to the Report and Recommendation (DE 40).

Accordingly, it is **HEREBY ORDERED** that the Report and Recommendation (DE 39) is **ADOPTED** by the Court in full.

Dated this 28th day of January, 2011.

Signed By:
*Karen K. Caldwell* KKC
**United States District Judge**