UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CRIMINAL ACTION NO. 06-39

UNITED STATES OF AMERICA,                                  PLAINTIFF

v.                                    **ORDER**

FRANKLIN EUGENE BOND,                            DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the Defendant's Supervised Release Violation Report filed by the United States Probation Office and the Report and Recommendation [DE #69, #70] made by the United States Magistrate Judge with no objection having been filed. Accordingly, the Court, having examined the record and having made a *de novo* determination, is in agreement with the Magistrate Judge's report and recommendation.

Therefore, the Court, being otherwise fully and sufficiently advised, HEREBY ORDERS that

(1)      the Magistrate Judge's Report and Recommendation [DE #69 and #70] are ADOPTED as and for the opinion of the Court;

(2)      the Defendant's term of imprisonment is time served (approximate 326 days).

(3)      The Defendant's imprisonment shall be followed by a term of supervised release of three years with the conditions to be the same as originally imposed by Judgment dated October 23, 2006.

Dated this 9th day of August, 2011.



**Signed By:**

***Karen K. Caldwell***

**United States District Judge**