UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:06-cr-39-KKC-1

UNITED STATES OF AMERICA,                                                    PLAINTIFF

v.                                                    **ORDER**

FRANKLIN EUGENE BOND,                                                    DEFENDANT

\* \* \* \* \* \* \* \* \*

This matter is before the Court on the Magistrate Judge's Recommended Disposition recommending revocation of Defendant's supervised release and a 24 month term of imprisonment. [DE 92].  The Defendant has filed no objections to the Recommended Disposition and the Court agrees with and adopts the Magistrate Judge's analysis.

Accordingly, the Court **ORDERS**, based on the violations found:

(1) Revocation and imprisonment for a term of **24 months**; and

(2) No additional term of supervised release.

Dated this 26th day of March, 2012.

**Signed By:**

*Karen K. Caldwell*

**United States District Judge**